DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MIGUEL GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MIGUEL GONZALES,<br><br>　　　　　Defendant. | NO. 1:06-cr-00311 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON<br><br>Date:　June 18, 2007<br>Time:　9:00 a.m.<br>Judge:　Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the change of plea hearing in the above-referenced matter now set for May 21, 2007, **may be continued to June 18, 2007 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for plea negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

McGREGOR W. SCOTT
United States Attorney

DATED: May 10, 2007          By   /s/ Ann H. Voris with consent of
                                   Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: May 10, 2007          By   /s/ Ann H. Voris
                                  ANN H. VORIS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE MIGUEL GONZALES

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   May 17, 2007**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon                    2