McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00311-OWWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING AND ORDER THEREON |
| JOSE MIGUEL GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the change of plea hearing and status conference currently set for **June 18, 2007** be continued to **July 30, 2007, at 9:00 a.m.**

Counsel for both the government and the defendant are unavailable on the date presently set.  Further, the parties need additional time to negotiate the matter and finalize a plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

//
//
//
//
//

1  effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(8)(A).

2  Dated: June 14, 2007                                            McGREGOR W. SCOTT
                                                                   United States Attorney

4                                                                  By: /s/ Laurel J. Montoya
                                                                   LAUREL J. MONTOYA
5                                                                  Assistant U.S. Attorney

7  Dated: June 14, 2007                                             /s/ Ann H. Voris
                                                                   ANN H. VORIS
8                                                                  Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   June 14, 2007**                                          /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE

2