DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MIGUEL GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MIGUEL GONZALES, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:06-cr-00311 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date:  September 24, 2007 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for July 30, 2007, **may be continued to September 24, 2007 at 9:00 a.m.**

This request for continuance is made to allow the parties need additional time because the negotiation process has required additional investigation on both sides. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

Stipulation to Continue Status Conference
Hearing; [Proposed] Order

1   The parties also agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

                                                                                McGREGOR W. SCOTT
                                                                                United States Attorney

DATED: July 26, 2007                        By  /s/ Ann H. Voris with consent of Laurel J. Montoya
                                                                                LAUREL J. MONTOYA
                                                                                Assistant U.S. Attorney
                                                                                Attorney for Plaintiff

                                                                                DANIEL J. BRODERICK
                                                                                Federal Public Defender

DATED: July 26, 2007                        By  /s/ Ann H. Voris
                                                                                ANN H. VORIS
                                                                                Assistant Federal Defender
                                                                                Attorney for Defendant
                                                                                JOSE MIGUEL GONZALES

## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   July 27, 2007**                              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE